# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1279

_____

Scott Louis Youngbear

*Plaintiff - Appellant*

v.

Attorney General Tom Miller

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: May 4, 2022
Filed: May 9, 2022
[Unpublished]

_____

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Scott Youngbear appeals the district court's[1] dismissal for lack of jurisdiction of his pro se 42 U.S.C. § 1983 complaint challenging his ongoing placement on the

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

Iowa sex offender registry. Upon careful review, we conclude that the district court did not err in dismissing the case. See Laclede Gas Co. v. St. Charles Cty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny Youngbear's pending motion as moot.

_____